UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CV-250-F

| | |
|---|---|
| TIMOTHY HINES, )<br>          Plaintiff, )<br>)<br>v. )<br>)<br>CORRECT CARE SOLUTIONS, LLC; )<br>BRANDI BURNETTE; JAMES PENCE; )<br>EDWARD J. McMAHON, individually and in his )<br>official capacity as Sheriff of New Hanover County, )<br>North Carolina; MARTY ADAMS, individually and )<br>in his official capacity as Captain and Detention )<br>Division Commander, New Hanover County )<br>Sheriff's Department; NEW HANOVER COUNTY, )<br>NORTH CAROLINA; GEORGE BENYA, )<br>individually and in his official capacity as Deputy )<br>United States Marshal; and THE UNITED )<br>STATES OF AMERICA, )<br>          Defendants. ) | ORDER |

The Clerk of Court is DIRECTED to re-assign this case to another district court judge.

SO ORDERED.

This the 28th day of December, 2010.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge